**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 647 MAL 2017
:
           Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
          v. :
:
:
:
ERIN BROPHY-DESANTE, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.